ORAL ARGUMENT NOT YET SCHEDULED

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UTILITY AIR REGULATORY GROUP, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY, )<br>)<br>Respondents )<br>) | No. 12-1342<br>and consolidated cases |

**RESPONSE OF NATIONAL PARKS CONSERVATION
ASSOCIATION AND SIERRA CLUB TO EPA'S
MOTION TO GOVERN FURTHER PROCEEDINGS**

Petitioners National Parks Conservation Association and Sierra Club (collectively "NPCA") do not oppose a limited 60-day continuation of the stay of these proceedings. However, NPCA does not agree with Respondent United States Environmental Protection Agency ("EPA") that "it is appropriate to hold this case in abeyance pending resolution" of proceedings in *EME Homer City*. (EPA Mot. at 2.) There is no justification for staying these proceedings indefinitely. It has now been thirty-one days since the Supreme Court ruled, validating EPA's regulatory approach under the Cross-State Air Pollution Rule ("CSAPR"), and the unopposed 60-day stay

will give EPA significant additional time to consider how it would like to proceed in light of that decision.

Continued delay in this case – which involves a separate EPA action not directly at issue in *EME Homer City* – harms NPCA and the broader public interest in addressing air quality degradation from regional haze across the 28 states that are governed by the challenged regulation (the "BART Alternative Rule")[1] at issue here. Over the last nineteen months, since this Court first ordered the consolidated cases to be held in abeyance (Order dated Oct. 9, 2012), the BART Alternative Rule has remained in effect, and as a result of EPA's determinations in that rulemaking, EPA and state agencies have continued to rely on regional haze plans that depend on CSAPR, avoiding compliance with the source-specific pollution control requirements of the Clean Air Act's visibility provisions, 42 U.S.C. §§ 7491-92.

Accordingly, NPCA respectfully requests that the Court issue an order that limits continuation of the stay to the 60 days requested by EPA and directs the parties to present the Court with a briefing schedule or other

---

[1] *See* Regional Haze: Revisions to Provisions Governing Alternative Sources to Specific Best Available Retrofit Technology (BART) Determinations, Limited SIP Disapprovals, and Federal Implementation Plans, 77 Fed. Reg. 33,642 (June 7, 2012) (the "BART Alternative Rule").

2

proposal for advancing resolution of these consolidated cases at the end of that 60-day period.

Respectfully submitted on this 30th day of May, 2014,

/s/ Thomas Cmar
Thomas Cmar
EARTHJUSTICE
5042 N. Leavitt St., Ste. 1
Chicago, IL  60625
(312) 257-9338
tcmar@earthjustice.org

Abigail Dillen
Jocelyn D'Ambrosio
EARTHJUSTICE
48 Wall Street, 19th Floor
New York, New York 10005
(212) 791-1881
adillen@earthjustice.org
jdambrosio@earthjustice.org

*Counsel for Petitioners*
*National Parks Conservation*
*Association and Sierra Club*

## CERTIFICATE OF SERVICE

I, Thomas Cmar, hereby certify that I have this day served a true and correct copy of the foregoing Response of National Parks Conservation Association and Sierra Club to EPA's Motion to Govern Further Proceedings through the Court's electronic case filing system on the following:

Jessica O'Donnell
jessica.odonnel@usdoj.gov

Peter S. Glaser
peter.glaser@troutmansanders.com

Philip Stephen Gidiere, III
sgidiere@balch.com

Margaret Claiborne Campbell
margaret.campbell@troutmansanders.com

Byron W. Kirkpatrick
byron.kirkpatrick@troutmansanders.com

Norman William Fichthorn
nfichthorn@hunton.com

Martin F. McDermott
martin.mcdermott@usdoj.gov

David A. Carson
david.a.carson@usdoj.gov

Edward Louis Kropp
skipp.kropp@steptoe-johnson.com

Donald James Trahan
donald.trahan@la.gov

Norman Louis Rave, Jr.
norman.rave@usdoj.gov

David Michael Flannery
dave.flannery@steptoe-johnson.com

Timothy Jay Junk
tim.junk@atg.in.gov

Thomas Lee Casey, III
tcasey@balch.com

Peter Douglas Keisler
pkeisler@sidley.com

C. Frederick Beckner, III
rbeckner@sidley.com

Timothy Kenly Webster
twebster@sidley.com

Herman Robinson
herman.robinson@la.gov

4

Kathy M. Wright
kathy.wright@la.gov

Jackie Marie Scott Marve
jackie.marve@la.gov

Hahnah Williams
hahnah.williams@troutsmansanders.com

Mark L. Walters
mark.walters@texasattorneygeneral.gov

Renee Cipriano
rcipriano@schiffhardin.com

Elliot Bee Vega
elliot.vega@la.gov

Roger Romulus Martella
rmartella@sidley.com

Aaron Michael Flynn
flynna@hunton.com

Donna J. Hodges
donna_hodges@deq.state.ms.us

James Michael Showalter
j.michael.showalter@gmail.com

Dated: May 30, 2014

/s/ Thomas Cmar
Thomas Cmar
Earthjustice
5042 N. Leavitt St., Apt. 1
Chicago, IL 60625
(312) 257-9338
tcmar@earthjustice.org